Sara B. Allman, Esq. CSB #107932
**'Allman & Nielsen, P.c.'**
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700
Facsimile: 415.461.2726
E-Mail: all-niel@comcast.net

Attorney for Defendant
KENNETH L. HOSFIELD, Trustee of the
DANLEY-HOSFIELD TRUST (incorrectly
named herein as Kenneth L. Hosfield, Trustee
of U.D.T. dated February 8, 1990)

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, AN INDIVIDUAL,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>DAN'S LIQUORS; KENNETH L. HOSFIELD, Trustee of U.D.T. dated February 8, 1990,<br><br>　　　　　　　Defendants. | Case No.: CV-11-1948-DMR<br><br>**STIPULATION RE SUBSTITUTING OF COUNSEL AND ORDER** |

　　　The undersigned parties and counsel hereby stipulate that Defendant Kenneth L. Hosfield, Trustee of the Danley-Hosfield Trust, has retained Sara B. Allman and the law firm of Allman & Nielsen P.C. whose address is 100 Larkspur Landing Circle, Suite 212, Larkspur, CA 94939, whose telephone number is (415) 461-2700, whose facsimile number is (415) 461-2726, and whose e-mail address is all-niel@comcast.net to represent them in place of Lauren M. Terk and the law firm of Law Offices of Lauren M. Terk.  Defendant hereby requests the Court to permit Allman & Nielsen, P.C. to substitute as counsel of record for the Law Offices of Lauren M. Terk on Defendant's behalf.

**STIPULATION RE SUBSTITUTING OF COUNSEL AND ORDER**

**CV-11-1948-DMR**

-1-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726

**IT IS SO STIPULATED.**

I consent to this substitution of counsel.

Dated: 8/15/11

By: /s/
Kenneth L. Hosfield, Trustee of the Danley-Hosfield Trust

I consent to this substitution of counsel.

Dated: August 12, 2011          ALLMAN & NIELSEN, P.C.

By: /s/
Sara B. Allman, Esq.
Attorneys for Defendant
KENNETH L. HOSFIELD, Trustee of the DANLEY-HOSFIELD TRUST (incorrectly named herein as Kenneth L. Hosfield, Trustee of U.D.T. dated February 8, 1990)

I consent to this substitution of counsel.

Dated: August 12, 2011          The Law Offices of Lauren M. Terk

By: /s/
Lauren M. Terk, Esq.
Attorneys for Defendant KENNETH L. HOSFIELD, Trustee of the DANLEY-HOSFIELD TRUST (incorrectly named herein as Kenneth L. Hosfield, Trustee of U.D.T. dated February 8, 1990)

**ORDER**

IT IS SO ORDERED.

DATED: August 23, 2011

GRANTED
Judge Donna M. Ryu
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

_____
THE HON. DONNA M. RYU
U.S. DISTRICT COURT JUDGE

STIPULATION RE SUBSTITUTING OF COUNSEL AND ORDER

CV-11-1948-DMR

-2-

ALLMAN & NIELSEN, P.C.
100 Larkspur Landing Circle, Suite 212
Larkspur, CA 94939
Telephone: 415.461.2700 Facsimile: 415.461.2726