UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>    v.<br><br>DAN'S LIQUORS, et al.,<br><br>        Defendants.<br>_____/ | No. C 11-01948 DMR<br><br>**ORDER REGARDING STIPULATION OF DISMISSAL** |

The parties have filed a stipulation of dismissal and proposed order which asks the court to retain jurisdiction over enforcement of the Agreement. Doc. no. 15. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before the undersigned may dismiss the action and retain jurisdiction as the parties request. Named Defendant Dan's Liquors has neither entered an appearance in this action nor filed a consent or declination to proceed before a United States Magistrate Judge. Accordingly, Plaintiff is instructed to file a statement clarifying whether Dan's Liquors is a separate defendant that has been served in this action, or whether it is a dba or business name for the appearing Defendant.

IT IS SO ORDERED.

Dated: June 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge