| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
| 4 | Telephone:     415/674-8600<br>Facsimile:      415/674-9900 |
| 5 | Attorneys for Plaintiff CRAIG YATES |

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | **CASE NO. CV-11-1948-DMR** |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL AND** |
| | ) | ~~[PROPOSED]~~ **ORDER THEREON** |
| v. | ) | |
| | ) | |
| DAN'S LIQUORS; KENNETH L. | ) | |
| HOSFIELD, Trustee of U.D.T.  dated | ) | |
| February 8, 1990, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 10, 2012

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E. Frankovich*
Thomas E. Frankovich
Attorney for CRAIG YATES, an individual

Dated: April 10, 2012

ALLMAN & NIELSEN P.C.

By: */s/ Sara B. Allman*
Sara B. Allman,
Attorneys for KENNETH L. HOSFIELD, Trustee of U.D.T. dated February 8, 1990

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: July 19, 2012 , ~~2011~~

IT IS SO ORDERED

_____
Honorable
UNITED STATES DISTRICT JUDGE
Judge Donna M. Ryu

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1948-DMR

-2-